**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| QUALITATIVE DATA SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. _____ |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| ADT, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Donald R. McPhail, enters his appearance in this matter for Plaintiff Qualitative Data Solutions, LLC for purposes of receiving notices and orders from the Court.

Dated: June 6, 2023

Respectfully submitted,

*/s/ Donald R. McPhail*
Donald R. McPhail (admitted)
OBLON, MCLELLAND, MAIER
 & NEUSTADT LLP
1940 Duke Street
Alexandria, VA 22314
dmcphail@oblon.com
Telephone: 703-413-3000
Facsimile: 703-413-2220