# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| QUALITATIVE DATA SOLUTIONS, LLC, | ) |
| Plaintiff, | ) Civil Action No. 2:23-cv-00271-JRG-RSP |
| v. | ) **JURY TRIAL DEMANDED** |
| ADT, INC. | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Qualitative Data Solutions, LLC ("Plaintiff") hereby gives notice that the above-captioned action against Defendant ADT, Inc. ("Defendant") is voluntarily dismissed WITHOUT PREJUDICE.

Dated: July 6, 2023                                  Respectfully submitted,

*/s/ Donald R. McPhail*
Donald R. McPhail (admitted)
OBLON, MCLELLAND, MAIER
 & NEUSTADT LLP
1940 Duke Street
Alexandria, VA 22314
dmcphail@oblon.com
Telephone: 703-413-3000
Facsimile: 703-413-2220

## CERTIFICATE OF SERVICE

      I hereby certify that on July 6, 2023, I filed the within through the ECF system and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-00271-JRG-RSP.

                                                      */s/ Diana Bowen*