IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| QUALITATIVE DATA SOLUTIONS, LLC, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00271-JRG |
| ADT, INC. | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (the "Notice") filed by Plaintiff Qualitative Data Solutions, LLC ("Plaintiff"). (Dkt. No. 5.) In the Notice, Plaintiff dismisses the above-captioned action against Defendant ADT, Inc. ("Defendant") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case as no claims or parties remain.

**So ORDERED and SIGNED this 7th day of July, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE